UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 1 1 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | Criminal No. 19-752 |
| | § | SEALED |
| ERNESTO SALAZAR | § | |
| A/K/A MIKE  A/K/A JOSE ESCOBAR | § | |

## AMENDED MOTION FOR BENCH WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America by and through RYAN K. PATRICK, United States Attorney in and for the Southern District of Texas, and respectfully moves this Honorable Court to issue Bench Warrant for the arrest of defendant **ERNESTO SALAZAR A/K/A MIKE A/K/A JOSE ESCOBAR**, on the grounds that a Criminal Indictment has been filed against said defendant on **October 10, 2019**.

II.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests this Honorable Court issue Bench Warrant for the arrest of Defendant **ERNESTO SALAZAR A/K/A MIKE A/K/A JOSE ESCOBAR**. Government additionally requests warrant to be released to Case Agent Brandon Scott or Deborah Peden who will personally appear at District Clerk's Office to receive the warrant.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

Graciela Lindberg
Assistant United States Attorney